O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LYNNARD DYLAN MCCLENDON,

Petitioner,

v.

P. SALAS, Jail Commander,

Respondent.

Case No. 2:20-cv-03239-AB-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1) the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 4).  The deadline for filing objections to the Report and Recommendation passed on May 8, 2020, and none have been filed.  The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition without prejudice.

DATED: July 29, 2020

_____
ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE

1