JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNARD DYLAN MCCLENDON,<br><br>            Petitioner,<br><br>    v.<br><br>P. SALAS, Jail Commander,<br><br>           Respondent. | Case No. 2:20-cv-03239-AB-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is **dismissed** without prejudice.

DATED: July 29, 2020                     _____

ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE